UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SHOE SENSATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EF OPERATING, LLC d/b/a NATIONAL TAX CREDIT, <br><br> Defendant. | Case No.: 4:19-cv-224-JMS-DML <br><br> *Dismissal with prejudice acknowledged [28]. JMS, CJ, 3/17/20 Distribution via ECF.* |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shoe Sensation, Inc. and Defendant EF Operating, LLC, d/b/a National Tax Credit, hereby stipulate to the dismissal of this matter with prejudice as settled, with each party to bear its own fees and costs.

| | |
|---|---|
| SHOE SENSATION, INC. | EF OPERATING, LLC |
| /s/ *Clark C. Johnson* <br> Clark C. Johnson <br> KAPLAN JOHNSON ABATE & BIRD LLP <br> 710 West Main Street <br> Louisville, KY 4020 <br> Tel: (502) 242-9042 <br> Fax: (502) 560-8282 <br> cjohnson@kaplanjohnsonlaw.com | /s/ *Alex E. Gude* <br> Alex E. Gude <br> DENTONS BINGHAM GREENEBAUM LLP <br> 2700 Market Tower <br> 10 West Market St. <br> Indianapolis, IN 46204 <br> Tel: (317) 968-5451 <br> alex.gude@dentons.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |